IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **STEVEN EARL HARTFIEL** § § | |
| § | **CIVIL ACTION NO. 6:21-cv-00449-JCB** |
| **VS.** § | |
| § | **JURY** |
| **T. LEE TRUCKING, LLC,** § | |
| **TANNER LEE, WALDEN FARMS, L.L.C.,** § | |
| **SOUTHLAND HAULERS, L.L.C., AND** § | |
| **TRAVIS TUCK, JR.** § | |

## JOINT REPORT OF MEDIATION, NOTICE OF SETTLEMENT AND MOTION TO STAY DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Steven Earl Hartfiel, and Defendants T. Lee Trucking, LLC, Tanner Lee, Southland Haulers, L.L.C., and Travis Tuck, collectively "the parties" and file this Joint Report of Mediation, Notice of Settlement and Motion to Stay Deadlines, and hereby advise the Court of the following:

1. Mediation in this case was held on January 10, 2023.

2. Present at the mediation were the following persons:

    a. Steven Earl Hartfiel, Plaintiff

    b. Marty Young, Attorney for Plaintiff, Steven Earl Hartfiel

    c. Billy D. Anderson, Attorney for Defendants, T Lee Trucking, LLC, Tanner Lee, Southland Haulers, L.L.C., and Travis Tuck, Jr.

    d. John Doffont, adjuster with Evanston Insurance Company, insurance carrier for Defendant, Southland Haulers, L.L.C.

    e. Eric Barnes, adjuster with Progressive Specialty Insurance Company, insurance carrier for Defendants T Lee Trucking, LLC, Tanner Lee, and

        Travis Tuck, Jr.

    f.    Donivan Flowers, the mediator

3.    The case settled at mediation.

4.    The parties, jointly, hereby with the Filing of this Joint Report and Motion respectfully request a stay of any and all unreached deadlines in the current scheduling order for a period of forty-five (45) days in order to get the settlement and dismissal documents finalized in this matter.

Dated: January 11, 2023.

        Respectfully submitted,

        GOUDARZI & YOUNG, L.L.P.
        3522 Fourth Street
        Longview, Texas 75605
        Telephone: (903) 843-2544
        Facsimile: (903) 843-2026

        By: */s/ Brent Goudarzi*
            Brent Goudarzi
            Texas Bar No. 00798218
            Marty Young
            Texas Bar No. 24010502
        goudarziyoung@goudarzi-young.com
        ATTORNEYS FOR PLAINTIFF

        **KENT, ANDERSON, BUSH, FROST & METCALF, P. C.**
        2320 Dueling Oaks
        Tyler, Texas 75703
        (903) 579-7500
        (903) 581-3701 (Fax)
        billya@kabfm.net
        By: */s/ Billy D. Anderson* (with permission)
        BILLY D. ANDERSON
        State Bar No. 01165966
        **ATTORNEYS FOR DEFENDANTS,**
        **T. LEE TRUCKING, LLC, TANNER LEE,**
        **SOUTHLAND HAULERS, L.L.C., and**
        **TRAVIS TUCK, JR.**

## CERTIFICATE OF SERVICE

In accordance with the Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure and Local Rule CV-5(a)(3)(C), I hereby certify that a true and correct copy of the foregoing instrument has been electronically served upon all parties on this 11th day of January, 2023.

                                                */s/ Brent Goudarzi*
                                                Brent Goudarzi

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). I hereby certify that counsel for Plaintiff has conferred with counsel for Defendants regarding this Joint Report of Mediation, Notice of Settlement and Motion to Stay Deadlines, and this Joint Report of Mediation, Notice of Settlement and Motion to Stay Deadlines is not opposed.

                                                */s/ Brent Goudarzi*
                                                Brent Goudarzi